UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60445-CIV-DIMITROULEAS

THEODORE LEVINE,

Plaintiff,

v.

HOLMAN AUTOMOTIVE GROUP, INC.,
A New Jersey Corporation, and
HOLMAN AUTOMOTIVE, INC.,
A Florida Corporation,
together doing business as
BMW OF PEMBROKE PINES,

Defendants.
_____________________________________/

**ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; GRANTING IN PART MOTION**

THIS CAUSE comes before the Court on Defendant's Motion for Bill of Costs ("Motion") [DE 41] and the Report and Recommendation of Magistrate Patrick M. Hunt (the "Report") [DE 45], issued on October 8, 2026. The Court has reviewed the Motion and the Report, notes that no objections to the Report [DE 45] have been filed, and the time for filing such objections has passed, and is otherwise fully advised in the premises.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 45] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749–50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the

Report [DE 45] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 45] is hereby **ADOPTED** and **APPROVED**;
2. The Motion [DE 41] is **GRANTED IN PART** and **DENIED IN PART** as follows:
    a. Defendants are awarded $1,784 in taxable costs for transcript fees.
    b. The Motion is otherwise **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record